413 A.2d 1112

Mejasich, Appellant, v. Mejasich.

Argued December 5, 1978.  Wayne F. Shade, for appellant; George B. Faller, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.